**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6613**

―――――――――

DOUGLAS WAYNE WILLIAMS,

Plaintiff - Appellant,

versus

LOUIS BABBS; DOCTOR SWANTON; MR. HINDS; NURSE
RAMSEY,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-98-850-CT-5-H)

―――――――――

Submitted:  October 26, 2000          Decided:  November 1, 2000

―――――――――

Before WIDENER, MICHAEL, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Douglas Wayne Williams, Appellant Pro Se.  William McBlief, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas Wayne Williams appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Williams v. Babbs</u>, No. CA-98-850-CT-5-H (E.D.N.C. Feb. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2